UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
NORA AGUILAR,

                Plaintiff,        #05-CV-1578 (NGG)  BROOKLYN OFFICE

    -against-                    STIPULATION

ANGEL D. TORRES,              Supreme Court
                Defendant.     Kings County
-----------------------------------------------------X  Index # 6039-05

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT, E.D.N.Y. ★ MAY 17 2005 ★

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff, the plaintiff's attorney, ROBERT A. LITMAN, ESQ., and the attorneys for the defendant, DOWNING & PECK, P.C., that the amount of damages sought by the plaintiff in the above-captioned matter is under SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS; and it is further

STIPULATED AND AGREED that neither the plaintiff nor the plaintiff's attorney will seek an amount over SEVENTY-FOUR THOUSAND NINE HUNDRED NINETY-NINE ($74,999.00) DOLLARS from either defendant, defendant's insurance company or defendant's attorneys, nor ask a Judge or jury for a sum exceeding SEVENTY-FOUR THOUSAND NINE HUNDRED NINETY-NINE ($74,999.00) DOLLARS; and it is further

STIPULATED AND AGREED, that this case be remanded to Supreme Court, Kings County.

_____
NORA AGUILAR

_____
ROBERT A. LITMAN
Attorney for Plaintiff

_____
DOWNING & PECK, P.C.
Attorneys for Defendant

So Ordered

NMG 5/11/05

LAW OFFICES
# DOWNING & PECK, P.C.
ATTORNEYS AND COUNSELORS AT LAW

5 HANOVER SQUARE - 20TH FLOOR

NEW YORK, NY 10004

JOHN M. DOWNING
MARGUERITE D. PECK
JOHN M. DOWNING, JR.
ALISON D. METZLER

ERNEST J. PECK
PAUL K. RYAN
WILLIAM K. KIRRANE

TEL (212) 514-9190
FAX (212) 514-9241

May 9, 2005

MAGISTRATE JUDGE JOAN AZRACK
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Nora Aguilar v. Angel D. Torres
          Index No. : 05-CV-1578
          Our File #: 3.1094
          D/Accident: 8/15/02

Honorable Madame:

Further to our recent conference before you, I am enclosing herewith a fully executed stipulation capping plaintiff's damages to under $75,000.00 with an acknowledgment by the plaintiff and her counsel that she is waiving any right to seek an increase in the ad damnum in the future.

Accordingly, this matter should be remanded back to State Court.

Thank you for your assistance and courtesies in this matter.

                                   Respectfully,

                                   DOWNING & PECK, P.C.

                                   BY: ALISON D. METZLER

ADM/ms
Enclosure
cc: Robert A. Litman, Esq.